TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
KYLE FULLER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kyle.Fuller@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL RIZO,

Defendant.

Case No. 26-CR-00062-GMN-BNW

**NOTICE OF APPEARANCE**

The United States of America hereby notifies the Court that KYLE FULLER, Assistant United States Attorney, has been assigned as counsel in the above captioned case.

DATE: October 21, 2026.

Respectfully Submitted,

TODD BLANCHE
Attorney General

*/s/ Kyle Fuller*
KYLE FULLER
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing NOTICE OF APPEARANCE was served upon counsel of record, via Electronic Case Filing (ECF).

DATE: October 21, 2026.

*/s/ Kyle Fuller*
KYLE FULLER
Assistant United States Attorney